| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    Rolta International, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    63-1071132

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 725 Adams St. SE<br>Huntsville, AL 35801<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Madison<br>County | Location of principal assets, if different from principal place of business<br>5865 North Point Parkway, Ste # 300 Alpharetta, GA 30022<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Rolta International, Inc.**                           Case number (*if known*) _____
        Name

7. **Describe debtor's business**  A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____                          Relationship _____
    District _____  When _____  Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Case 20-82282-CRJ11    Doc 1    Filed 10/29/20    Entered 10/29/20 15:48:05    Desc Main
Document    Page 2 of 7

| Debtor | **Rolta International, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ■ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201 Voluntary Petition for Non-Individuals Filing for Bankruptcy page 3
Case 20-82282-CRJ11 Doc 1 Filed 10/29/20 Entered 10/29/20 15:48:05 Desc Main
Document Page 3 of 7

| Debtor | **Rolta International, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 29, 2020**
             MM / DD / YYYY

X **/s/ Preetha Pulusani**                              **Preetha Pulusani**
Signature of authorized representative of debtor        Printed name

Title  **President International Operations**

**18. Signature of attorney**

X **/s/ Stuart M. Maples**                              Date **October 29, 2020**
Signature of attorney for debtor                             MM / DD / YYYY

**Stuart M. Maples**
Printed name

**Maples Law Firm, PC**
Firm name

**200 Clinton Ave. West, Ste 1000**
**Huntsville, AL 35801**
Number, Street, City, State & ZIP Code

Contact phone  **(256) 489-9779**     Email address

Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Case 20-82282-CRJ11    Doc 1    Filed 10/29/20    Entered 10/29/20 15:48:05    Desc Main
Document    Page 4 of 7

| | | |
|---|---|---|
| Loretta Lynch US Attorney General<br>US Dept. of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530 | Alvarez & Marsal North America, LLC<br>540 West Madison St<br>Suite 1800<br>Chicago, IL 60661 | Global PTM, Inc.<br>435 East North Street<br>PO Box 302<br>Greenville, SC 29615 |
| Luther Strange<br>Alabama Attorney General<br>PO Box 300152<br>Montgomery, AL 36130 | American Express<br>PO Box 1270<br>Newark, NJ 07101-1270 | Health Care Service Corporation<br>25550 Network Place<br>Chicago, IL 60673 |
| Joyce White Vance<br>US Attorney General<br>1801 4th Ave North<br>Birmingham, AL 35203 | Bank of America<br>PO Box 15284<br>Wilmington, DE 19850 | Holland & Knight LLP<br>PO Box 864084<br>Orlando, FL 32886-4084 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101 | Citicorp International Limited<br>39/F Citibank Tower<br>Garden Road, Central Hong Kong | Huron Consulting Services LLC<br>550 W. Van Buren Street<br>Chicago, IL 60607 |
| State of Alabama<br>Department of Revenue Legal Division<br>PO Box 320001<br>Montgomery, AL 36132 | Data Glove Inc DBA Trimax Americas<br>Trimax Americas 125 Village Blvd<br>Suite 27<br>Princeton, NJ 08540 | IBM Corporation<br>P.O. Box 534151<br>Atlanta, GA 30353-4151 |
| Pala Assets Holdings Ltd.<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | Deutsche Bank Trust Company Americas<br>c/o Deutsche Bank National Trust Company<br>100 Plaza One Mailstop JCY03-0699<br>Jersey City, NJ 07311 | Isoture Pty Ltd<br>Level 26, 1 Bligh Street<br>Sydney NSW 2000 Australia AU |
| State of Ohio Treasurer<br>150 East Gay Street 21st Floor<br>Columbus, OH 43215 | Docufree Corporation<br>1175 Northmeadow Parkway, Suite 140<br>Roswell, GA 30076 | Lanier Ford Shaver & Payne P.C.<br>2101 West Clinton Ave<br>Suite 102<br>Huntsville, AL 35805 |
| Active Soft Inc<br>1301 Reynolds Ridge Cir Suite 2B<br>Greensboro, NC 27409-9824 | EPIKENTRON, LLC<br>40811 Mission Blvd<br>Fremont, CA 94539 | M&D Enterprise Ventures<br>1737 Chateau Dr<br>Atlanta, GA 30338 |
| AdvizeX Technologies<br>RAX Integration AP<br>6480 Rockside Woods Blvd Suite 190<br>Independence, OH 44131 | ESRI<br>380 New York Street<br>Redlands, CA 92373-8100 | Maples Law Firm, PC<br>200 Clinton Ave W<br>Suite 1000<br>AL 35081 |

| | | |
|---|---|---|
| Merrill Communications LLC<br>PO Box 74007252<br>Chicago, IL 60674 | Rolta LLC<br>5865 NorthPoint Parkway<br>Alpharetta, GA 30022 | Geoffrey J. Derrick<br>Kobre & Kim LLP<br>1919 M Street, NW<br>Washington, DC 20036 |
| Paychex<br>970 Lake Carillon Drive Suite 400<br>Saint Petersburg, FL 33716 | Rolta Saudi Arabia Ltd<br>PO Box No. 68371<br>Riyadh 11527 SA | Jacob R. Kirkham<br>600 North King Street<br>Suite 501<br>Wilmington, DE 19801 |
| Project Partners, LLC<br>520 Purissima Street<br>Half Moon Bay, CA 94019 | ROLTA UK LTD<br>100 Longwater Avenue Green Park Reading<br>RG2 6GP United Kingdom GB | Jeremy Bressman<br>Yigal Alon Street 94, Tower One 21Fl<br>Tel Aviv, 6789139 Israel |
| RAX Integration AP<br>6480 Rockside Woods Blvd Suite 190<br>Independence, OH 44131 | SAP Technology Solutions, Inc.<br>507 W Torrey Pines Way<br>Vernon Hills, IL 60061 | John Han<br>ICBC Tower, 6th Floor 3 Garden R<br>Central, Hong Kong |
| Reliable Software Resources, Inc.<br>22260 Haggerty Rd Suite 285<br>Northville, MI 48167 | Selectek, Inc<br>2015 Vaughn Rd<br>Suite 130<br>Kennesaw, GA 30144 | Josef Klazen<br>Kobre & Kim, LLP<br>800 Third Avenue<br>New York, NY 10022 |
| RingCentral Inc<br>Dept. CH 19585<br>Palatine, IL 60055 | Siri & Glimstad LLP<br>200 Park Avenue<br>Seventeen Floor<br>New York, NY 10166 | Rolta Canada Ltd.<br>5865 North Point Pkwy<br>Alpharetta, GA 30022 |
| Rolta Americas, LLC<br>5865 North Point Pkwy<br>Alpharetta, GA 30022 | Standard Office Systems<br>2475 Meadowbrook Pkwy<br>Duluth, GA 30096 | Rolta India Limited<br>5865 North Point Pkwy<br>Alpharetta, GA 30022 |
| Rolta Canada Ltd.<br>590 Alden Road, Suite 209<br>Markham, Ontario L4B3M3 CA | Syndicated Bank - UK<br>UK King William House 2A Eastcheap<br>London EC3M 1LH United Kingdom GB | Rolta Saudi Arabia Ltd<br>5865 North Point Pkwy<br>Alpharetta, GA 30022 |
| Rolta India Limited<br>Rolta Tower A, Rolta Technology Park MIDC, Andheri (East) India | THE TRAVEL UNIVERSE<br>3520 Brickenridge Blvd Suite 112<br>Duluth, GA 30096 | ROLTA UK LTD<br>5865 North Point Pkwy<br>Alpharetta, GA 30022 |

In re **Rolta International, Inc.**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Rolta International, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October 29, 2020** | **/s/ Stuart M. Maples** |
| Date | **Stuart M. Maples** |
| | Signature of Attorney or Litigant |
| | Counsel for **Rolta International, Inc.** |
| | **Maples Law Firm, PC** |
| | **200 Clinton Ave. West, Ste 1000** |
| | **Huntsville, AL 35801** |
| | **(256) 489-9779 Fax:(256) 489-9720** |