IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ROLTA INTERNATIONAL, INC., | ) CASE NO. 20- |
| EIN: xx-xxx1132 | ) CHAPTER 11 |
| | ) |
| Rolta Debtors. | ) |

## DECLARATION OF PREETHA PULUSANI

I, Preetha Pulusani, hereby declare:

1. I am the President of International Operations for Rolta and President of Rolta International, Inc. the US subsidiary and international headquarters of Rolta India, Ltd. Rolta International, Inc., Rolta Global B.V., Rolta UK Limited, Rolta Middle East FZ-LLC, Rolta Americas LLC and Rolta, LLC ("Rolta Debtors") are all international subsidiaries or affiliates of Rolta India, Ltd. In my capacity, I am familiar with the day-to-day operations, business and financial affairs of the Rolta Debtors.

2. I submit this declaration in support of the bankruptcy petitions filed contemporaneously by the Rolta Debtors pursuant to Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq.

3. I affirm I work remotely, by electronic means, as the President of International Operations for Rolta from my primary residence located in Madison County, Alabama. I have in fact been the "nerve center" for Rolta International and supervise all international operations (other than India) from my home in Madison County, Alabama for years. The Executive Vice President of Rolta International, Blane Schertz also performs his duties for the company primarily from his home in Madison County, Alabama. Further, due to the pandemic, I have had only limited travel

-1-

since March of 2020. As such, the nexus of management operations have been in the Northern District of Alabama for the vast majority of the last 180 days.

4. On October 29, 2020, (the "Petition Date"), Rolta Debtors filed with this Court a voluntary petition for relief under title 11 of the United States code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code"). To enable the Rolta Debtors to operate effectively and minimize any disruption caused by the commencement of the Chapter 11 case, Rolta Debtors have requested certain relief in "first day" motions and applications filed with this Court (collectively, the "First Day Pleadings"). Among other things, the First Day Pleadings seek to ensure the continuation of the Rolta Debtors' tax deposits, payment of employee wages and benefits, without interruption, authorize the use of cash collateral, and establish certain other administrative matters such as hiring professionals to facilitate the transition of the Rolta Debtors into Chapter 11. The relief requested in the First Day Pleadings is critical to the Rolta Debtors' effective reorganization and to prevent immediate and irreparable harm to the Rolta Debtors and its estate.

5. I submit this declaration to assist the Court and other interested parties in understanding the relevant facts and circumstances that led to the commencement of the Rolta Debtors' Chapter 11 case and in support of the First Day Pleadings.

6. I have reviewed the facts set forth in each of the First Day Pleadings and attest to the material accuracy thereof. Except as otherwise indicated, all facts set forth herein are based on my personal knowledge, my discussions with other employees or members of the Rolta Debtors' management, my review of relevant documents and books and records of the Rolta Debtors, or my opinion based on my experience, knowledge and information concerning the Rolta Debtors' operations and financial affairs.

-2-

Case 20-82282-CRJ11    Doc 4    Filed 10/29/20    Entered 10/29/20 16:37:50    Desc Main
Document    Page 2 of 4

### The Rolta Debtors' Business

7. Rolta Debtors are a multi-national provider of IT solutions for vertical segments, including Federal and State Governments, Defense, Utilities and Manufacturing. These enterprise level solutions are built around industry-leading IT/GIS solutions, Rolta Debtors' intellectual property and domain expertise with projects executed globally in multiple countries. Key solutions are GIS and Mapping solutions, system integration and consulting services. Rolta Debtors are headquartered in India with international offices in UK, Netherlands, UAE and United States.

8. Rolta Debtors had 43 employees as of September 30, 2020, and last fiscal year's (year ending March 30, 2020) gross revenues of $10,464,648.

### Operations

9. Attached as Exhibit "A" is the 13 Week Rolling Budget proposed weekly budget for operation on an interim basis.

### The Chapter 11 Case

10. Rolta Debtors commenced this case to reorganize its financial affairs. The Rolta Debtors intend to focus on stabilizing and improving operations, after which Rolta Debtors currently intend to propose a plan of reorganization.

11. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to make this Declaration on behalf of the Rolta Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this the 29th day of October, 2020.

*Preetha Pulusani*

PREETHA PULUSANI
PRESIDENT INTERNATIONAL OPERATIONS

SWORN AND SUBSCRIBED to before me this 29th day of October, 2020.

*Jessica Manning*
NOTARY PUBLIC

My Commission Expires: 9/20/21

[Notary Seal: JESSICA MANNING, NOTARY PUBLIC, ALABAMA STATE AT LARGE]

-4-