**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

In the Matter of:                                  }
ROLTA INTERNATIONAL, INC.              }          CASE NO.   20-82282-CRJ-11
EIN:   XX-XXX1132                              }
                                                         }          CHAPTER 11
                                                         }
                              Debtor(s).           }

**ORDER SCHEDULING TELEPHONIC INTERIM HEARING ON FIRST DAY
MOTIONS AND STATUS CONFERENCE**

On October 29, 2020, the Debtor, and certain related entities, filed for relief under Chapter 11, Title 11 of the United States Bankruptcy Code.   The Debtor filed the following pleadings: (1) Motion for Joint Administration of Cases Involving Six Related Debtors; (2) Application to Employ; (3) Motion to Extend Time to File Remaining Schedules; (4) Debtor's Emergency Motion for Authority to Pay Pre-Petition Taxes Pursuant to 11 U.S.C. §§ 105(a) and 507(a)(8) and to Honor Checks for Payment of Taxes; (5) Emergency Motion for Order Authorizing and Directing the Honoring of Debtor's Pre-Petition Payroll Checks and Authorizing the Debtor to Pay Pre-Petition Wages and Employee Benefits of Current Employees; and (6) Motion for Authority to Use Cash Collateral (hereinafter the "First Day Motions").

The Court will hold an interim hearing (the "Interim Hearing") on the First Day Motions and a Status Conference to discuss the expeditious and economical resolution of the case.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** as follows:

1.       The First Day Motions are hereby scheduled for Interim Hearing on **November 4, 2020** at **1:00 p.m.**, **CDT,** before the Honorable Clifton R. Jessup, Jr.   A separate Order will be entered following the Interim Hearing scheduling First Day Motions for final hearing that cannot be approved finally pursuant to Rule 6003 of the Federal Rules of Bankruptcy Procedure.

2.      Counsel for the Debtor(s) must appear telephonically at the Status Conference on **November 4, 2020** at **1:00 p.m., CDT** before the Honorable Clifton R. Jessup, Jr.   If there is a failure to attend the Status Conference, the Court may enter appropriate Orders.

The Interim Hearing and Status Conference and will be held via an AT&T call-in number. The dial-in number is **1-877-336-1280**.  When prompted, enter the access code **#2749965**.  There is no security code, and please do not select any other feature. Other cases or matters may be scheduled for telephonic hearing at the same time.   Parties should call in **five minutes** prior to the start of the hearing.  Once connected, please mute your phone until your case is called.  After your hearing is completed, please hang up to end your call.  To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants).  Participants are encouraged to call from a landline if possible.

**THIS HEARING WILL TAKE PLACE BY TELEPHONE ONLY.  DO NOT COME TO THE COURTHOUSE.  PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION (www.alnb.uscourts.gov).**

Dated this the 30th day of October, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge