IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROLTA INTERNATIONAL, INC., | ) | CASE NO. 20-82282-CRJ11 |
| EIN: xx-xxx1132 | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

## AMENDED DECLARATION OF PREETHA PULUSANI

I, Preetha Pulusani, hereby declare:

1. I am the President of International Operations for Rolta and President of Rolta International, Inc. the US subsidiary and international headquarters of Rolta India, Ltd. Rolta International, Inc., Rolta Global B.V., Rolta UK Limited, Rolta Middle East FZ-LLC, Rolta Americas LLC and Rolta, LLC ("Rolta Debtors"), are all international subsidiaries or affiliates of Rolta India, Ltd and are part of Rolta's international operations. In my capacity, I am familiar with the day-to-day operations, business, and financial affairs of the Rolta Debtors.

2. I affirm there are bank accounts held in the United States with Evolve Bank & Trust located in Memphis, Tennessee for Rolta Global B.V., Rolta UK Limited, and Rolta Middle East FZ, LLC. Balance confirmation letters from Evolve Bank & Trust for the months of September 2020 and October 2020 relating to the bank accounts of Rolta Global B.V., Rolta UK Limited, and Rolta Middle East FZ, LLC are attached hereto as Exhibit 1.

3. Management organization information for Rolta International, Rolta Middle East, and Rolta-Europe are attached hereto as Exhibit 2

4. I submit this declaration in support of the bankruptcy petitions filed contemporaneously by the Rolta Debtors pursuant to Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq.

5. I affirm I work remotely, by electronic means, as the President of International Operations for Rolta from my primary residence located in Madison County, Alabama. I have in fact been the "nerve center" for Rolta International and supervise all international operations (other than India) from my home in Madison County, Alabama. The Executive Vice President of Rolta International, Blane Schertz, also performs his duties for the company primarily from his home in Madison County, Alabama. Further, due to the pandemic, I have had only limited travel since March of 2020. As such, the nexus of management operations has been in the Northern District of Alabama for the vast majority of the last 180 days.

6. I also control and supervise the operations of Rolta UK and Rolta Middle East FZ, LLC from my primary residence located in Madison County, Alabama. The nexus of management operations for all of the Rolta Debtors for the vast majority for the last 180 days has been in the Northern District of Alabama.

7. On October 29, 2020, (the "Petition Date"), Rolta Debtors filed with this Court a voluntary petition for relief under title 11 of the United States code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code"). To enable the Rolta Debtors to operate effectively and minimize any disruption caused by the commencement of the Chapter 11 case, Rolta Debtors have requested certain relief in "first day" motions and applications filed with this Court (collectively, the "First Day Pleadings"). Among other things, the First Day Pleadings seek to ensure the continuation of the Rolta Debtors' tax deposits, payment of employee wages and benefits, without interruption, authorize the use of cash collateral, and establish certain other administrative matters such as hiring professionals to facilitate the transition of the Rolta Debtors into Chapter 11. The relief requested in the First Day Pleadings is critical to the Rolta Debtors' effective reorganization and to prevent immediate and irreparable harm to the Rolta Debtors and its estate.

8. I submit this declaration to assist the Court and other interested parties in understanding the relevant facts and circumstances that led to the commencement of the Rolta Debtors' Chapter 11 case and in support of the First Day Pleadings.

9. I have reviewed the facts set forth in each of the Amended First Day Pleadings and Supplements thereto, and attest to the material accuracy thereof. Except as otherwise indicated, all facts set forth herein are based on my personal knowledge, my discussions with other employees or members of the Rolta Debtors' management, my review of relevant documents and books and records of the Rolta Debtors, or my opinion based on my experience, knowledge and information concerning the Rolta Debtors' operations and financial affairs.

10. The only potential lien holder is Plaintiff Judgement Creditor *Pala Assets Holdings LTD et al. v. Rolta, LLC et al.*, Index No. 652798/2018, in the Supreme Court of the State of New York, County of New York dated August 24, 2020, and filed with the Clerk of Court September 2, 2020.

11. The Judgement Creditor has not filed any enforcement action or attempted to perfect their judgement interest in any locale other than New York and Delaware.

12. None of the six (6) related Rolta Debtors maintain operations in New York or Delaware, nor do they generate Cash Collateral in these jurisdictions. There are dormant bank accounts in Delaware for Rolta Global, B.V., Rolta UK Limited, and Rolta Middle East FZ, LLC.

**The Rolta Debtors' Business**

13. Rolta Debtors are a multi-national provider of IT solutions for vertical segments, including Federal and State Governments, Defense, Utilities and Manufacturing. These enterprise level solutions are built around industry-leading IT/GIS solutions, Rolta Debtors' intellectual property and domain expertise with projects executed globally in multiple countries. Key solutions

are GIS and Mapping solutions, system integration and consulting services. Rolta Debtors have international offices in UK, Netherlands, UAE, and United States with Company headquarters based in India.

14. Rolta Debtors had 43 employees as of September 30, 2020, and last fiscal year's (year ending March 30, 2020) gross revenues of $10,464,648.

## Operations

15. Attached as Exhibit "A" is the 13 Week Rolling Budget proposed weekly budget for operation on an interim basis.

## The Chapter 11 Case

16. Rolta Debtors commenced this case to reorganize its financial affairs. The Rolta Debtors intend to focus on stabilizing and improving operations, after which Rolta Debtors currently intend to propose a plan of reorganization.

17. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to make this Declaration on behalf of the Rolta Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this the 20th day of November, 2020.

/s/ Preetha Pulusani
PREETHA PULUSANI
PRESIDENT INTERNATIONAL OPERATIONS

SWORN AND SUBSCRIBED to before me this 20th day of November, 2020.

/s/ Jessica K. Manning
NOTARY PUBLIC

My Commission Expires: 9/28/2021

# EXHIBIT 1



Trust Services

Triad Centre III
6070 Poplar Avenue
Suite 100
Memphis, TN 38119

office   901.624.2555
fax      901.328.5675

October 1, 2020

Prime Clerk, LLC
830 3rd Avenue, 9th Floor
New York, NY 10022

RE: Rolta Middle East FZ LLC

Dear Sir or Madam,

In response to your request to confirm the balances in the Rolta Middle East FZ-LLC account, please find the information below. The amounts listed below have been confirmed as of the close of business September 30, 2020.

Rolta Middle East FZ LLC (xxxxx8490 and xxxxxxx512)
    Funding Amount:      $4,879.72
    Distributed Funds:    ($0.00)
    Ending Balance:       $4,879.72

If additional information is necessary, please do not hesitate to contact me.

Sincerely,

*Crystal McMahan*

Crystal M. McMahan, CTFA
Senior Vice President – Trust Division
Evolve Bank & Trust
6070 Poplar Ave., Ste. 100
Memphis, TN 38122
(901) 260-9986



getevolved.com



# EXHIBIT 1

Trust Services

Triad Centre III
6070 Poplar Avenue
Suite 100
Memphis, TN 38119

office 901.624.2555
fax 901.328.5675

October 1, 2020

Prime Clerk, LLC
830 3rd Avenue, 9th Floor
New York, NY 10022

RE: Rolta UK Limited

Dear Sir or Madam,

In response to your request to confirm the balances in the Rolta UK Limited account, please find the information below. The amounts listed below have been confirmed as of the close of business September 30, 2020.

Rolta UK Limited (xxxxx8524 and xxxxxxx508)
    Funding Amount:    $9,848.74
    Distributed Funds:    ($0.00)
    Ending Balance:    $9,848.74

If additional information is necessary, please do not hesitate to contact me.

Sincerely,

Crystal M. McMahan, CTFA
Senior Vice President – Trust Division
Evolve Bank & Trust
6070 Poplar Ave., Ste. 100
Memphis, TN 38122
(901) 260-9986



getevolved.com

# EXHIBIT 1



Trust Services

Triad Centre III
6070 Poplar Avenue
Suite 100
Memphis, TN 38119

office 901.624.2555
fax 901.328.5675

October 1, 2020

Prime Clerk, LLC
830 3rd Avenue, 9th Floor
New York, NY 10022

RE: Rolta Global BV

Dear Sir or Madam,

In response to your request to confirm the balances in the Rolta Global BV account, please find the information below. The amounts listed below have been confirmed as of the close of business September 30, 2020.

Rolta Global BV (xxxxx8515 and xxxxxxx510)
  Funding Amount:  $9,878.72
  Distributed Funds:  ($0.00)
  Ending Balance:  $9,878.72

If additional information is necessary, please do not hesitate to contact me.

Sincerely,

*Crystal McMahan*

Crystal M. McMahan, CTFA
Senior Vice President – Trust Division
Evolve Bank & Trust
6070 Poplar Ave., Ste. 100
Memphis, TN 38122
(901) 260-9986



getevolved.com

# EXHIBIT 1



Trust Services

Triad Centre III
6070 Poplar Avenue
Suite 100
Memphis, TN 38119

office   901.624.2555
fax      901.328.5675

November 2, 2020

Prime Clerk, LLC
830 3rd Avenue, 9th Floor
New York, NY 10022

RE: Rolta Middle East FZ LLC

Dear Sir or Madam,

In response to your request to confirm the balances in the Rolta Middle East FZ-LLC account, please find the information below. The amounts listed below have been confirmed as of the close of business October 31, 2020.

Rolta Middle East FZ LLC (xxxxx8490 and xxxxxxx512)
    Funding Amount:     $4,879.72
    Distributed Funds:   ($0.00)
    Ending Balance:     $4,879.72

If additional information is necessary, please do not hesitate to contact me.

Sincerely,

Crystal M. McMahan, CTFA
Senior Vice President – Trust Division
Evolve Bank & Trust
6070 Poplar Ave., Ste. 100
Memphis, TN 38122
(901) 260-9986



getevolved.com

# EXHIBIT 1



Trust Services

Triad Centre III
6070 Poplar Avenue
Suite 100
Memphis, TN 38119

office 901.624.2555
fax 901.328.5675

November 2, 2020

Prime Clerk, LLC
830 3rd Avenue, 9th Floor
New York, NY 10022

RE: Rolta UK Limited

Dear Sir or Madam,

In response to your request to confirm the balances in the Rolta UK Limited account, please find the information below. The amounts listed below have been confirmed as of the close of business October 31, 2020.

Rolta UK Limited (xxxxx8524 and xxxxxxx508)
    Funding Amount:      $9,848.74
    Distributed Funds:    ($0.00)
    Ending Balance:       $9,848.74

If additional information is necessary, please do not hesitate to contact me.

Sincerely,

Crystal M. McMahan, CTFA
Senior Vice President – Trust Division
Evolve Bank & Trust
6070 Poplar Ave., Ste. 100
Memphis, TN 38122
(901) 260-9986

getevolved.com



EXHIBIT 1

Trust Services

Triad Centre III
6070 Poplar Avenue
Suite 100
Memphis, TN 38119

office  901.624.2555
fax     901.328.5675

November 2, 2020

Prime Clerk, LLC
830 3rd Avenue, 9th Floor
New York, NY 10022

RE: Rolta Global BV

Dear Sir or Madam,

In response to your request to confirm the balances in the Rolta Global BV account, please find the information below. The amounts listed below have been confirmed as of the close of business October 31, 2020.

Rolta Global BV (xxxxx8515 and xxxxxxx510)
    Funding Amount:     $9,878.72
    Distributed Funds:   ($0.00)
    Ending Balance:      $9,878.72

If additional information is necessary, please do not hesitate to contact me.

Sincerely,

*Crystal McMahan*

Crystal M. McMahan, CTFA
Senior Vice President – Trust Division
Evolve Bank & Trust
6070 Poplar Ave., Ste. 100
Memphis, TN 38122
(901) 260-9986



getevolved.com

# EXHIBIT 2



INVESTORS  CAREERS  PRESS  CONTACT  WORLDWIDE

Home  >  About Rolta  >  Management – Europe



| | |
|---|---|
| Overview | |
| Brand Rolta | |
| The Rolta Approach | |
| Management – India | |
| Management – International | |
| Management – Europe | |
| Management – Middle East & Africa | |
| Alliances & Partnerships | |
| Intellectual Property | |
| Excellence in Quality | |
| Accolades | |
| Corporate Social Responsibility | |

## Management – Europe

  **Kamal K. Singh**
Chairman

  **Preetha Pulusani**
President,
International Operations

  **Reida Elwannas**
President, GIS/Mapping

  **Shafik Jiwani**
President, GIS/Mapping



---

**INDUSTRIES**
Defense
Homeland & Maritime Security
Govt., Infra. & Natural Resources
Oil & Gas
Chemicals
Utilities – Power, Water, Gas, Telecom
Discrete Manufacturing
Transportation

**SOLUTIONS**
BI & Big Data Analytics
Smart City Solutions
Cloud Security & IT Transformation
Geospatial Fusion
Enterprise Applications
e-Governance
Financial Analytics
Defense Solutions

**PRODUCTS**
Rolta OneView™
Rolta IT-OT Fusion™
Rolta iPerspective™
Rolta SmartMigrate™
Rolta OnPoint
Rolta GeoCAD™
Rolta Command & Control™
Rolta Photogrammetry™ Suite

**SERVICES**
BI & Big Data Services
Application Development & Maintenance
Managed Services
Rolta Advizer Services
Business Consulting
Enterprise Performance Management
GIS Services
Engineering Services

# EXHIBIT 2

| | | |
|---|---|---|
| Banking & Financial Services | Safety & Security | Rolta Imaging™ Suite |
| Retail & Healthcare | Engineering AIM | Rolta 3D Analysis & Visualization™ Suite |
| | | Rolta Battlefield Management Systems™ |

© 2018 Rolta India Limited. All Rights Reserved.

For questions/feedback on the operation of this website, please write in to websitesupport@rolta.com

Subscribe | Privacy Policy | Terms of Use | Sitemap

# EXHIBIT 2



Home > About Rolta > Management – International



| | |
|---|---|
| Overview | |
| Brand Rolta | |
| The Rolta Approach | |
| Management – India | |
| Management – International | |
| Management – Europe | |
| Management – Middle East & Africa | |
| Alliances & Partnerships | |
| Intellectual Property | |
| Excellence in Quality | |
| Accolades | |
| Corporate Social Responsibility | |

## Management – International



**Kamal K. Singh**
Chairman



**Preetha Pulusani**
President,
International Operations



**C R Howdyshell**
President,
Rolta AdvizeX
Technologies,
Enterprise IT Solutions



**Reida Elwannas**
President, GIS/Mapping



**Shafik Jiwani**
President, GIS/Mapping



**Blane Schertz**
EVP, Business Operations

Case 20-82282-CRJ11    Doc 83    Filed 11/20/20    Entered 11/20/20 16:35:04    Desc Main
Document    Page 13 of 16

# EXHIBIT 2

| INDUSTRIES | SOLUTIONS | PRODUCTS | SERVICES |
|---|---|---|---|
| Defense | BI & Big Data Analytics | Rolta OneView™ | BI & Big Data Services |
| Homeland & Maritime Security | Smart City Solutions | Rolta IT-OT Fusion™ | Application Development & Maintenance |
| Govt., Infra. & Natural Resources | Cloud Security & IT Transformation | Rolta iPerspective™ | Managed Services |
| Oil & Gas | Geospatial Fusion | Rolta SmartMigrate™ | Rolta Advizer Services |
| Chemicals | Enterprise Applications | Rolta OnPoint | Business Consulting |
| Utilities – Power, Water, Gas, Telecom | e-Governance | Rolta GeoCAD™ | Enterprise Performance Management |
| Discrete Manufacturing | Financial Analytics | Rolta Command & Control™ | GIS Services |
| Transportation | Defense Solutions | Rolta Photogrammetry™ Suite | Engineering Services |
| Banking & Financial Services | Safety & Security | Rolta Imaging™ Suite | |
| Retail & Healthcare | Engineering AIM | Rolta 3D Analysis & Visualization™ Suite | |
| | | Rolta Battlefield Management Systems™ | |

© 2018 Rolta India Limited. All Rights Reserved.

For questions/feedback on the operation of this website, please write in to websitesupport@rolta.com

Subscribe | Privacy Policy | Terms of Use | Sitemap

To Top



INVESTORS  CAREERS  PRESS  CONTACT  WORLDWIDE

Home > About Rolta > Management – Middle East & Africa



- Overview
- Brand Rolta
- The Rolta Approach
- Management – India
- Management – International
- Management – Europe
- Management – Middle East & Africa
- Alliances & Partnerships
- Intellectual Property
- Excellence in Quality
- Accolades
- Corporate Social Responsibility

## Management – Middle East & Africa



**Kamal K. Singh**
Chairman



**Preetha Pulusani**
President,
International Operations



**Reida Elwannas**
President, GIS/Mapping



**Shafik Jiwani**
President, GIS/Mapping



### INDUSTRIES
Defense
Homeland & Maritime Security
Govt., Infra. & Natural Resources
Oil & Gas
Chemicals
Utilities – Power, Water, Gas, Telecom
Discrete Manufacturing
Transportation

### SOLUTIONS
BI & Big Data Analytics
Smart City Solutions
Cloud Security & IT Transformation
Geospatial Fusion
Enterprise Applications
e-Governance
Financial Analytics
Defense Solutions

### PRODUCTS
Rolta OneView™
Rolta IT-OT Fusion™
Rolta iPerspective™
Rolta SmartMigrate™

Rolta OnPoint

Rolta GeoCAD™

Rolta Command & Control™

Rolta Photogrammetry™ Suite

### SERVICES
BI & Big Data Services
Application Development & Maintenance
Managed Services
Rolta Advizer Services
Business Consulting
Enterprise Performance Management
GIS Services
Engineering Services

# EXHIBIT 2

| | | |
|---|---|---|
| Banking & Financial Services | Safety & Security | Rolta Imaging™ Suite |
| Retail & Healthcare | Engineering AIM | Rolta 3D Analysis & Visualization™ Suite |
| | | Rolta Battlefield Management Systems™ |

© 2018 Rolta India Limited. All Rights Reserved.

For questions/feedback on the operation of this website, please write in to websitesupport@rolta.com

Subscribe | Privacy Policy | Terms of Use | Sitemap