# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>ROLTA INTERNATIONAL, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-82282-CRJ11 |

## VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law firms of Kobre & Kim LLP ("Kobre & Kim") and Christian & Small LLP ("Christian & Small" and, together with Kobre & Kim, the "Firms") hereby submit this verified statement ("Verified Statement") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and state as follows:

1. On or about January 3, 2020, Kobre & Kim was retained to represent Creditors Pinpoint Multi-Strategy Master Fund (formerly known as Pinpoint Multi-Strategy Fund)

---

[1] The term "Debtors" shall refer to Rolta International, Inc., Rolta Middle East FZ-LLC, Rolta UK Limited, and Rolta Global B.V. The Chapter 11 cases of Rolta International, Inc. [Case No. 20-82282-CRJ11], Rolta Middle East FZ-LLC [Case No. 20-82285-CRJ11], and Rolta UK Limited [Case No. 20-82287-CRJ11] are being jointly administered. *See* Final Order Directing Joint Administration of Rolta International, Inc., Rolta Middle East FZ-LLC, and Rolta UK Limited Chapter 11 Cases, *In re Rolta International, Inc.*, Case No. 20-82282-CRJ-11 [Dkt. 93]. This Court denied the Debtors' request to jointly administer Rolta, LLC [Case No. 20-82283-CRJ11], Rolta Global B.V. [Case No. 20-82284-CRJ11], and Rolta Americas LLC [Case No. 20-82286-CRJ11]. *Id.* This same Verified Statement has been filed in the case of Rolta Global B.V. On January 11, 2021, the Court entered orders dismissing the cases of Debtors Rolta, LLC and Rolta Americas LLC. Order Dismissing Case, *In re Rolta, LLC*, Case No. 20-82283-CRJ [Dkt. 100]; Order Dismissing Case, *In re Rolta Americas, LLC*, Case No. 20-822886-CRJ [Dkt. 96]. Accordingly, no Verified Statement has been filed on the dockets of Rolta, LLC or Rolta Americas LLC.

("Pinpoint"), Value Partners Fixed Income SPC – Value Partners Credit Opportunities Fund SP ("VP – Credit"), and Value Partners Greater China High Yield Income Fund ("VP – China" and, together with Pinpoint and VP – Credit, the "Judgment Creditors") to pursue the Judgment Creditors' rights and interests as beneficial owners of certain bonds issued by Rolta, LLC and Rolta Americas LLC, and guaranteed by the Debtors and the Debtors' ultimate parent corporation, Rolta India Ltd. ("Rolta India").[2]

2. Kobre & Kim's representation of the Judgment Creditors extends to the Judgment Creditors' participation in the above-captioned Chapter 11 Cases. On or about November 2, 2020, the Judgment Creditors retained Christian & Small as local co-counsel.

3. As of the date of this Verified Statement, the Judgment Creditors are the only creditors or other parties in interest that the Firms represent in the Chapter 11 Cases.

4. At the time of their employment, and through the date of this Verified Statement, the Firms did not, and do not, own any claims against or interests in the Debtors.

5. At the time the Judgment Creditors retained Kobre & Kim, Judgment Creditor Pinpoint was the beneficial owner of $12,444,000 of the 2018 Notes and $67,513,000 of the 2019 Notes, Judgment Creditor VP – Credit was the beneficial owner of $6,850,000 of the 2019 Notes, and Judgment Creditor VP – China was the beneficial owner of $20,800,000 of the 2018 Notes and $40,085,000 of the 2019 Notes.[3]

---

[2] Specifically, on May 16, 2013, Rolta, LLC executed an indenture through which it issued $200 million of 10.75% senior notes due in May 2018 ("2018 Notes"), which are guaranteed by Rolta India and three of the Debtors in these Chapter 11 cases: Rolta International, Rolta UK, and Rolta Middle East. On July 24, 2014, Rolta Americas executed an indenture through which it issued $300 million of 8.75% senior notes due in July 2019 ("2019 Notes"), which are guaranteed by Rolta India and the four Debtors: Rolta International, Rolta UK, Rolta Middle East, and Rolta Global.

[3] Exhibit A (defined below) to this Verified Statement reflects the Judgment Creditors' claims against and interests in the Debtors at the time of Christian & Small's retention.

6. In accordance with Bankruptcy Rule 2019, <u>Exhibit A</u> lists each Judgment Creditors' address and "the nature and amount of each disclosable economic interest" held by each Judgment Creditor, pursuant to a September 2, 2020 judgment entered in favor of the Judgment Creditors (the "<u>Judgment</u>") in the case captioned *Pala Assets Holdings Ltd et al. v. Rolta LLC et al.*, No. 652798/2018 (Sup. Ct., N.Y. Cnty.), jointly and severally, against the Debtors and Rolta India.[4]

7. Nothing contained in this Verified Statement, including Exhibit A, is intended to or should be construed as (i) a limitation upon, or waiver of any right to assert, file and/or amend the Judgment Creditors' claims in accordance with applicable law and any orders entered in these Chapter 11 Cases, or (ii) an admission with respect to any fact or legal theory.

8. The Firms reserve the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019.

## **VERIFICATION**

I hereby certify under penalty of perjury that the foregoing is true and correct.

Date: January 14, 2021

                                                      */s/ Daniel D. Sparks*
                                                      Daniel D. Sparks
                                                      Bill D. Bensinger

                                                      CHRISTIAN & SMALL LLP
                                                      505 North 20th Street, Suite 1800
                                                      Birmingham, AL 35203
                                                      (205) 795-6588
                                                      ddsparks@csattorneys.com

---

[4] The Judgment Creditors previously disclosed the nature and amount of their claims against and interests in the Debtors on December 7, 2020, in connection with their *Motion to Dismiss the Debtors' Chapter 11 Cases*. See Declaration of Geoffrey J. Derrick, Ex. F at 4-8 (Order and Judgment, *Pala Assets Holdings, Ltd. et al. v. Rolta, LLC et al.*, Index No. 652798/2018 (Sup. Ct. N.Y. Cnty. Sept. 2, 2020)) [Dkt. 126].

- AND -

## **VERIFICATION**

I hereby certify under penalty of perjury that the foregoing is true and correct.

Date: January 14, 2021

*/s/ Daniel J. Saval*
Daniel J. Saval

KOBRE & KIM LLP

John Han (*Pro Hac Vice*)
Daniel J. Saval (*Pro Hac Vice*)
Josef M. Klazen (*Pro Hac Vice*)
Donna Xu (*Pro Hac Vice*)

800 Third Ave.
New York, NY 10022
+212 488 1200
daniel.saval@kobrekim.com
josef.klazen@kobrekim.com
donna.xu@kobrekim.com

Geoffrey J. Derrick (*Pro Hac Vice*)
1919 M Street, NW
Washington, DC 20036
+202 664 1936
geoffrey.derrick@kobrekim.com

*Attorneys for Pinpoint Multi-Strategy Master Fund; Value Partners Fixed Income SPC-Value Partners Credit Opportunities Fund SP; and Value Partners Greater China High Yield Income Fund*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing instrument was filed with the Court's CM/ECF system, which will send an electronic copy to the Debtors' counsel and all parties who have appeared and requested electronic notice, on this the 14th day of January, 2021.

Via US Mail:

Richard Blythe
Office of the Bankruptcy Administrator
P O Box 3045
Decatur, AL 35602

/s/ Daniel D. Sparks
Daniel D. Sparks

# EXHIBIT A

| Name | Address | Nature of Claim or Interest | Amount of Claim or Interest[5] |
|---|---|---|---|
| Pinpoint Multi-Strategy Master Fund (formerly known as Pinpoint Multi-Strategy Fund) | Two International Finance Center Level 33 8 Finance Street Central Hong Kong | Judgment in favor of Pinpoint reflecting principal and interest due and owing under the 2018 Notes and 2019 Notes. | 2018 Notes: $19,358,949.25<br><br>2019 Notes: $80,417,421.69 |
| Value Partners Greater China High Yield Income Fund | 43rd Floor, The Center 99 Queen's Road Central Central Hong Kong | Judgment in favor of VP – China reflecting principal and interest due and owing under the 2018 Notes and 2019 Notes. | 2018 Notes: $30,102,512.70<br><br>2019 Notes: $43,153,887.66 |
| Value Partners Fixed Income SPC – Value Partners Credit Opportunities Fund SP | 43rd Floor, The Center 99 Queen's Road Central Central Hong Kong | Judgment in favor of VP – Credit reflecting principal and interest due and owing under the 2019 Notes. | 2019 Notes: $10,163,456.41 |

---

[5] These amounts may include obligations owed by non-debtor affiliates and the Judgment Creditors reserve all rights to pursue such claims against such non-debtor affiliates.