IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ROLTA INTERNATIONAL, INC., *et al.*[1] | ) | Case No. 20-82282-CRJ-11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION TO ADMIT JOHN C. ALLERDING *PRO HAC VICE*

The undersigned respectfully moves this Court for the admission *pro hac vice* of John C. Allerding, a partner at the law firm of Thompson Hine LLP, to represent Rolta International, Inc., Rolta UK Limited, and Rolta Middle East FZ-LLC, debtors in these cases pursuant to Rule 2090-1 of the Local Rules of this Court and Rule 83.1 of the Local Rules of the U.S. District Court for the Northern District of Alabama.

Mr. Allerding maintains an office with Thompson Hine LLP at Two Alliance Center, 3560 Lenox Road NE, Suite 1600, Atlanta, Georgia 30326. His telephone number is (404) 407-3676. His email address is John.Allerding@ThompsonHine.com. Mr. Allerding is not a member of the bar of this Court but is a member in good standing of the bar of Ohio (November 8, 2010) and Georgia (February 3, 2020) and is admitted to practice before the U.S. District Court for the Northern District of Ohio (May 11, 2011), the U.S. District Court for the Southern District of Ohio (November 25, 2013), and the U.S. District Court for the Northern District of Georgia (June 16, 2020). Mr. Allerding has represented that he is familiar with and agrees that he will be governed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Rolta International, Inc. (1132); Rolta, LLC (0497); Rolta Global B.V. (2561); Rolta Middle East FZ-LLC (0000); Rolta Americas LLC (5625) and Rolta UK Limited (7222).

by the local rules of this Court, the rules of professional conduct, and all other requirements governing the professional behavior of members of the bar of the U.S. District Court for the Northern District of Alabama. Attached is Mr. Allerding's Certificate of Good Standing from Ohio. Mr. Allerding has requested a Certificate of Good Standing from Georgia. **This Motion will be supplemented with the Certificate of Good Standing once it is received.**

The $75.00 fee for the admission will be paid to the U.S. District Court for the Northern District of Alabama. Mr. Allerding requests that he be served with all notices and papers relating to these cases.

**WHEREFORE**, the undersigned respectfully requests entry of the Proposed Order, attached hereto as **Exhibit A**, admitted John Allerding to practice *pro hac vice* before this Court in these cases.

Dated: February 9, 2021                             Respectfully submitted,

*/s/ John C. Allerding*
John C. Allerding (Georgia Bar No. 952436; Ohio Bar No. 0087025)
John.Allerding@ThompsonHine.com
Two Alliance Center
3560 Lenox Road NE
Suite 1600
Atlanta, GA 30326
Telephone: 404.541.2900
Facsimile:  404.541.2905

*Counsel for Rolta International, Inc., Rolta UK Limited, and Rolta Middle East FZ-LLC*



# THE SUPREME COURT of OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**John Christopher Allerding**
Attorney Registration No. **0087025**

was admitted to the practice of law in Ohio on November 8, 2010; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 3rd day of February, 2021.

GINA WHITE PALMER
*Director, Attorney Services Division*

Bradley J. Martinez
*Attorney Services Counsel*

No. 2021-02-03-1
Verify by email at GoodStandingRequests@sc.ohio.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 9, 2021, the foregoing document was filed electronically in accordance with the Local Rules and was therefore served electronically on those entities that have properly registered for such electronic service.

Dated: February 9, 2021
/s/ *John C. Allerding*
John C. Allerding

*Counsel for Rolta International, Inc., Rolta UK Limited, and Rolta Middle East FZ-LLC*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ROLTA INTERNATIONAL, INC., *et al.*[1] | ) | Case No. 20-82282-CRJ-11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING MOTION TO ADMIT**
**JOHN C. ALLERDING *PRO HAC VICE***

This matter came before the Court on the *Motion to Admit John C. Allerding Pro Hac Vice*, ECF No. ___, (the "Motion"), with Thompson Hine LLP, to represent Rolta International, Inc. in the above-captioned Chapter 11 cases pursuant to Rule 2090-1 of the Local Rules of this Court and Rule 83.1 of the Local Rules of the U.S. District Court for the Northern District of Alabama.

Upon consideration of the Motion, there appears to be sufficient cause to approve the Motion and it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

The Motion is **APPROVED**, and John C. Allerding is hereby **ADMITTED *PRO HAC VICE*** to appear on behalf of Rolta International, Inc. in the above-referenced bankruptcy cases.

Date this the ____ day of February, 2021.

_____
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Rolta International, Inc. (1132); Rolta, LLC (0497); Rolta Global B.V. (2561); Rolta Middle East FZ-LLC (0000); Rolta Americas LLC (5625) and Rolta UK Limited (7222).