UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: } | |
| ROLTA INTERNATIONAL, INC.[1] } | CASE NO. 20-82282-CRJ-11 |
| EIN: XX-XXX1132 } | |
| } | CHAPTER 11 |
| } | (Jointly Administered) |
| Debtor. } | |

**ORDER SCHEDULING STATUS CONFERENCE ON MOTION OF ROLTA INTERNATIONAL, INC., ROLTA UK LIMITED, AND ROLTA MIDDLE EAST FZ, LLC FOR RECONSIDERATION OF ORDER DISMISSING CHAPTER 11 PROCEEDINGS**

On February 9, 2021, a Motion of Rolta International, Inc., Rolta UK Limited, and Rolta Middle East FZ, LLC for Reconsideration of Order Dismissing Chapter 11 Proceedings, ECF No. 228 ("Motion for Reconsideration") was filed by counsel who are not the approved counsel for the Debtors in the above-captioned cases which were dismissed on January 26, 2021.

The Court, on its own motion pursuant to 11 U.S.C. § 105(d), hereby schedules a Status Conference to discuss the relief sought in the Motion for Reconsideration, including: (i) clarification regarding who represents the Debtors in these cases; (ii) whether there are other creditors that support the relief sought in the Motion for Reconsideration; and (iii) whether the feasibility of reinstating these cases is conditioned upon the sale of Advizex Technologies, LLC.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Status Conference will be held on **February 23, 2021** at **10:00 a.m., CST,** before the Honorable Clifton R. Jessup, Jr.

The hearing will be held via an AT&T call-in number. The dial-in number is **1-877-336-1280**. When prompted, enter the access code **#2749965**. There is no security code, and please do not select any other feature. Parties should call in **five minutes** prior to the start of the hearing. Once connected, please mute your phone until your case is called. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible.

Dated this the 10th day of February, 2021.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

---

[1] In addition to Rolta International, Inc., the Debtors include the following: Rolta Middle East FZ-LLC, Case No. 20-82285-CRJ-11; and Rolta UK Limited, Case No. 20-82287-CRJ-11.