IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROLTA INTERNATIONAL, INC.[1] | ) | CASE NO.: 20-82282-CRJ11 |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | |

**CREDITORS' JOINDER IN SUPPORT OF
MOTION FOR RECONSIDERATION OF ORDER
DISMISSING CHAPTER 11 PROCEEDINGS**

COME NOW, unsecured general trade Creditors M&D Enterprise Ventures, Inc.; Active Soft, Inc.; The Travel Universe, Inc.; Epikentron, LLC; Reliable Software Resources, Inc.; Data Glove, Inc.; and SAP Technology Solutions, Inc. (collectively, the "Trade Creditors"), and submit this Joinder in Support of the Motion for Reconsideration of Order filed by Debtor Rolta International, Inc., Rolta Middle East FZ, LLC and Rolta UK, Ltd. (hereinafter, collectively referred to as "Rolta"), and would state as follows:

1. The above-styled case was dismissed pursuant to this Court's Order dated January 26, 2021 [Doc. 224] (the "Order").

2. On February 9, 2021, Rolta filed its Motion for Reconsideration of Order [Doc. 228] (the "Motion).

3. Pre-petition, each of the above Trade Creditors was owed money by the Debtor Rolta International.[2] Thus, the purpose of this Joinder is to advise the Court that there are creditors of Rolta International who are interested in these cases and would like to see them

---

[1] In addition to Rolta International, Inc. Case No. 20-82282-CRJ-11, the Debtors include Rolta Middle East FZ, LLC, Case No. 20-82285-CRJ-11 and Rolta UK Limited, Case No. 20-82287-CRJ-11. On November 24, 2020 this Court entered a Final Order Directing Joint Administration of these chapter 11 cases. [Doc. 94].

[2] Together these Trade Creditors were owed approximately $155,000 by Debtor Rolta International as of the petition date.

1

reinstated.

4. As discussed in the Motion, a dismissal of these bankruptcy cases is likely to result in only the Judgment Creditors[3] receiving a distribution from the Debtor's assets. In light of the fact that the lien of those Judgment Creditors is avoidable pursuant to 11 U.S.C. §547, the dismissal of this case is not fair.

5. It is axiomatic that this Court is a court of equity, empowered to invoke equitable principles to achieve fairness and justice in the reorganization process. *In re Aquatic Dev. Grp., Inc.,* 352 F.3d 671, 680 (2d Cir. 2003)(citation omitted). As courts of equity, bankruptcy courts "have broad authority to modify creditor-debtor relationships." *United States v. Energy Res. Co.,* 495 U.S. 545, 549, 110 S.Ct. 2139, 109 L.Ed.2d 580 (1990).

6. It is in this light, that this Court has the sound discretion under Bankruptcy Rule 9024, which makes Federal Rule of Civil Procedure 60(b)(6) applicable to this case, to vacate its prior order dismissing this case. Rule 60(b)(6) authorizes vacation of a judgment or order if a court determines, in its sound discretion, that substantial justice would be served if relief were granted. *In re Geberegeorgis,* 310 B.R. 61, 69 (B.A.P. 6th Cir. 2004)(although Rule 60(b)(6) does not particularize the factors that justify relief, the Supreme Court has noted that it provides courts with authority "adequate to enable them to vacate judgments whenever such action is appropriate to accomplish justice").

7. This is the position in which the Trade Creditors find themselves. They did not race to the court house to obtain a judgment against Rolta. The amounts owed to these Trade Creditors range between $8,000 to $64,000; and, while these amounts are not comparatively significant, the Trade Creditors have the same rights to participate in this process as the

---

[3] Judgment Creditors refers to Creditors Pinpoint Multi-Strategy Master Fund, Value Partners Fixed Income SPC-Value Partners Credit Opportunities Fund SPC, and Value Partners Greater China High Yield Income Fund.

2

Judgment Creditors.

8. As such these Trade Creditors join with Rolta in its Motion so that they may be allowed, and that others similarly situated be allowed, to participate in the equitable distribution of Rolta's available assets.

WHEREFORE PREMISES CONSIDERED, the Trade Creditors request that this Honorable Court grant Rolta's Motion for Reconsideration of Order, plus such further and additional relief as the Court deems just and proper.

Respectfully submitted on this the 12th day of February, 2021.

                                                */s/ Kevin D. Heard*
                                                Kevin D. Heard
                                                *Counsel for the Trade Creditors*

Of Counsel:
HEARD, ARY & DAURO, LLC
303 Williams Avenue
Park Plaza, Suite 921
Huntsville, Alabama 35801
Phone: (256) 535-0817
Fax: (256) 535-0818
kheard@heardlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of February, 2021, I served a copy of the foregoing **Creditors' Joinder in Support of Motion for Reconsideration** on the parties listed below, the Debtors' 20 largest unsecured creditors, all counsel of record requesting notice, and all other persons requesting notice by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice will be electronically mailed to:**
**Richard Blythe** on behalf of the United States Bankruptcy Administrator
Richard_Blythe@alnba.uscourts.gov, courtmaildec@alnba.uscourts.gov
**Stuart M. Maples** on behalf of Rolta International, Inc. / Rolta Middle East FZ-LLC / Rolta UK Limited / Rolta Americas LLC / Rolta Global B.V. / Rolta LLC smaples@mapleslawfirmpc.com;
kmanning@mapleslawfirmpc.com; kpickett@mapleslawfirmpc.com; dmaples@mapleslawfirmpc.com
**Bill D. Bensinger** on behalf of Pinpoint Multi-Strategy Master Fund / Value Partners Fixed Income SPC-Value Partners Credit Opportunities Fund SP / Value Partners Greater China High Yield Income Fund
bdbensinger@csattorneys.com ; bill-bensinger-5829@ecf.pacerpro.com

**Bradley Richard Hightower** on behalf of Pinpoint Multi-Strategy Master Fund / Value Partners Fixed Income SPC-Value Partners Credit Opportunities Fund SP / Value Partners Greater China High Yield Income Fund
brhightower@csattorneys.com; brad--hightower-1605@ecf.pacerpro.com

**Daniel D. Sparks** on behalf of Pinpoint Multi-Strategy Master Fund / Value Partners Fixed Income SPC-Value Partners Credit Opportunities Fund SP / Value Partners Greater China High Yield Income Fund / Pinpoint Multi-Strategy Master Fund / Kobre & Kim LLP / Christian & Small LLP ddsparks@csattorneys.com; dan-sparks-9722@ecf.pacerpro.com

**Daniel Joseph Saval** on behalf of Pinpoint Multi-Strategy Master Fund / Value Partners Fixed Income SPC-Value Partners Credit Opportunities Fund SP / Value Partners Greater China High Yield Income Fund
daniel.saval@kobrekim.com

**Geoffrey J. Derrick** on behalf of Pinpoint Multi-Strategy Master Fund / Value Partners Fixed Income SPC-Value Partners Credit Opportunities Fund SP / Value Partners Greater China High Yield Income Fund
geoff.derrick@gmail.com

**John Han** on behalf of Pinpoint Multi-Strategy Master Fund / Value Partners Fixed Income SPC-Value Partners Credit Opportunities Fund SP / Value Partners Greater China High Yield Income Fund john.han@kobrekim.com

**Josef M. Klazen** on behalf of Pinpoint Multi-Strategy Master Fund / Value Partners Fixed Income SPC-Value Partners Credit Opportunities Fund SP / Value Partners Greater China High Yield Income Fund
jef.klazen@kobrekim.com

**Rita L. Hullett** on behalf of Interested Party Rolta Advizex Technologies LLC rhullett@bakerdonelson.com , mcleveland@bakerdonelson.com

**Ryan David Thompson** on behalf of Creditor Intergraph Corporation rthompson@maynardcooper.com emoltz@maynardcooper.com ; prudloff@maynardcooper.com

**Erin Nicole Brady** on behalf of DB Trustees (Hong Kong) Limited erin.brady@hoganlovells.com

**Notice will not be electronically mailed to:**

Donna (Dong Ni) Xu
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

Active Soft Inc
5512 Rambling Rd.
Greensboro, NC 27409

Data Glove, Inc.
Trimax Americas 125 Village Blvd
Suite 27
Princeton, NJ 08540

EPIKENTRON, LLC
549 Jackson Dr.
Palo Alto, CA 94303

M&D Enterprise Ventures
1737 Chateau Dr
Atlanta, GA 30338

Reliable Software Resources, Inc.
22260 Haggerty Rd Suite 285
Northville, MI 48167

SAP Technology Solutions, Inc.
507 W Torrey Pines Way
Vernon Hills, IL 60061

THE TRAVEL UNIVERSE
3520 Brickenridge Blvd Suite 112
Duluth, GA 30096

*s/ Kevin D. Heard*
KEVIN D. HEARD